964

No. 00–1618. INDECK ENERGY SERVICES INC. ET AL. *v.* CONSUMERS ENERGY CO. ET AL. C. A. 6th Cir. Motion of Attorney General of Michigan for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1621. UNITED STATES *v.* GWI PCS 1, INC., ET AL. C. A. 5th Cir. Motion of Cingular Wireless LLC et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–1661. ORGANIZATION FOR COMPETITIVE MARKETS, INC. *v.* SEABOARD FARMS, INC. C. A. 8th Cir. Motion of Reporters Committee for Freedom of the Press et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–1430. COSTNER *v.* ZMUDA ET AL., 532 U. S. 1021;

No. 00–1455. WOOD *v.* QUINN, SECRETARY OF THE VIRGINIA BOARD OF ELECTIONS, 532 U. S. 1021;

No. 00–1516. ALLISON ET UX. *v.* UNITED STATES ET AL., 532 U. S. 1022;

No. 00–1603. SCHLUND ET AL. *v.* UNITED STATES ET AL., 532 U. S. 1052;

No. 00–7828. THOMPSON *v.* TEXAS, 532 U. S. 1039;

No. 00–8021. MCQUIRTER *v.* BURKE, WARDEN, 532 U. S. 1023;

No. 00–8029. CALLOWAY *v.* UNITED STATES, 531 U. S. 1181;

No. 00–8152. GONCALVES *v.* RYDER, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX, 532 U. S. 946;

No. 00–8188. HAYDEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 947;

No. 00–8423. FARRIS *v.* SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments), 532 U. S. 976;

No. 00–8472. BAZEMORE *v.* UNITED STATES, 532 U. S. 1023;

No. 00–8521. MELECIO-RODRIGUEZ *v.* UNITED STATES, 532 U. S. 1024;

No. 00–8524. PELLEGRINO *v.* SOUTH DAKOTA ET AL., 532 U. S. 979;

No. 00–8549. MASIAS *v.* TEXAS, 532 U. S. 979;

No. 00–8648. BOND *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 532 U. S. 998;

No. 00–8743. FADAEL, AKA BARTH *v.* CAPE SAVINGS BANK ET AL., 532 U. S. 1011;

No. 00–8801. VONSCHOUNMACHER v. TEXAS, 532 U. S. 1024;

No. 00–8856. WILLIAMS v. HAYES, SHERIFF, ITAWAMBA COUNTY, MISSISSIPPI, ET AL., 532 U. S. 1012;

No. 00–8899. REID v. CITY OF FLINT ET AL., 532 U. S. 1026;

No. 00–8956. BUTCHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1027;

No. 00–9033. VILLEGAS v. LINDSEY, WARDEN, 532 U. S. 1041;

No. 00–9094. GEORGIOU v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, 532 U. S. 1028;

No. 00–9138. MCSHEFFREY v. EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEYS ET AL., 532 U. S. 1042;

No. 00–9175. HUGHES v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 532 U. S. 1029;

No. 00–9194. HEIDLER v. GEORGIA, 532 U. S. 1029;

No. 00–9254. WINSLOW v. O'NEILL, SECRETARY OF THE TREASURY, 532 U. S. 1043;

No. 00–9344. CLARK v. NORTH DAKOTA, 532 U. S. 1043;

No. 00–9371. GLADSTONE v. HASTINGS ET AL., *ante*, p. 906; and

No. 00–9774. TOMAS v. UNITED STATES, 532 U. S. 1075. Petitions for rehearing denied.

No. 99–9417. KELLY v. SMALL, WARDEN, ET AL., 531 U. S. 918. Motion for leave to file petition for rehearing denied.

JULY 10, 2001

No. 01–5172 (01A34). IN RE MALLETT. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00–10802 (00A1124). MALLETT v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 01–5173 (01A36). MALLETT v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.